85th Columbus Corp., Petitioner-Respondent, 
against
Laura Eberman, Respondent-Appellant, -and- "John and Jane Doe", Respondents-Occupants.




Respondent Eberman, as limited by her briefs, appeals from that portion of an order of the Civil Court of the City of New York, New York County (Daniele Chinea, J.), dated April 25, 2019, which denied her motion for summary judgment dismissing the petition in a holdover summary proceeding.




Per Curiam.
Order (Daniele Chinea, J.), dated April 25, 2019, affirmed, with $10 costs.
We agree that respondent Laura Eberman failed to establish her entitlement to summary judgment on her claim to succeed to her mother's rent stabilized apartment (see Rent Stabilization Code [9 NYCRR] § 2523.5[b][1]), particularly given the documentary evidence showing that respondent was the rent stabilized tenant of another apartment in the same building during the period at issue (see 601-609 W. 175th St. Corp. v Munoz, 2003 NY Slip Op 51472[U] [App Term, 1st Dept 2003]; see also Ennismore Apts., Inc. v Gruet, 29 Misc 3d 48 [App Term, 1st Dept 2010]). On this record, it cannot be said that respondent has carried her burden of establishing a prima facie showing of entitlement to summary judgment as a matter of law, tendering sufficient evidence to eliminate any material issues of fact from the case (see West 157th St. Assoc. v Sassoonian, 156 AD2d 137, 139 [1989]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: October 24, 2019